THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARATA EXPOSITIONS, INC., a Maryland corporation, <br><br> Defendant. | No. 2:23-cv-00337-RSM <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL |

THIS MATTER coming to be heard upon Plaintiff's Motion, Plaintiff appearing through its attorneys, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., the Defendant unrepresented, and the Court being fully advised, now, therefore:

IT IS HEREBY ORDERED AND DECREED:

1.    Plaintiff's Motion to Compel Defendant, Arata Expositions, Inc. ("Arata"), to comply with Northwest's subpoena duces tecum is GRANTED;

2.    Defendant, Arata, will turn over the requested documents within ten calendar days of this Order to Plaintiff's counsel.  Defendant, Arata, may deliver the requested documents via U.S. mail.

DATED this 6th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PRESENTED FOR ENTRY:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By*: s/ Russell J. Reid*_____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff